JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **KEVIN MURPHY DUNBAR,**<br>Plaintiff,<br>v.<br>METROPOLITAN STATE HOSPITAL,<br>Defendant. | No. LA CV 24-00852-VBF-RAO<br>**ORDER**<br>Dismissing Case Without Prejudice |

On January 31, 2024, the Clerk's Office sent plaintiff a Notice Re: Discrepancies in Filing of a Habeas Corpus Petition (Form CV-111) directing him to either pay the case filing fee or file a Form CV-60P Request to Proceed Without Prepayment of the case filing fee, within thirty days of the date of the Order.

The thirtieth and final day for plaintiff to pay the case filing fee or file a CV-60P request was March 2, 2024.

Plaintiff's March 2, 2024 deadline elapsed over half a year ago, and plaintiff has neither paid the case filing fee nor filed a request to proceed without prepayment. Nor has he filed a motion to extend his time in which to do so.

**This case is DISMISSED WITHOUT PREJUDICE** for lack of prosecution, failure to comply with court order, and failure to pay the case filing fee.

IT IS SO ORDERED.

Dated: September 9, 2024

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge